JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN VAHANYAN, | Case No. CV 12-01849 DMG (CWx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| UNIFUND CORPORATION, et al., | |
| Defendants. | |

Pursuant to the Court's July 13, 2012 Order granting the motion for summary judgment filed by The Moore Law Group, A.P.C. ("The Moore Law Group"), IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant The Moore Law Group and against Plaintiff Karen Vahanyan, who shall take nothing.

DATED:   September 11, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE